Argued and submitted July 22, reversed and remanded for reconsideration August 14, reconsideration denied November 6, petition review denied November 26, 1991
(312 Or 525)

In the Matter of the Compensation of
John G. Madsen, Claimant.

Glenn GATHMAN
and Aetna Casualty Company,
*Petitioners,*

*v.*

John G. MADSEN,
*Respondent.*

(89-03035; CA A67373)

814 P2d 1097

Thaddeus J. Hettle, Portland, argued the cause for petitioners. With him on the brief was Scheminske & Lyons, Portland.

Robert Wollheim, Portland, argued the cause for respondent. With him on the brief was Welch, Bruun & Green, Portland.

Before Richardson, Presiding Judge, and Deits and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration in the light of *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844 (1991).